IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEMYON GRINBLAT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>PARIS BAGUETTE AMERICA, INC., BARONE PROPERTIES, INC., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown,<br><br>Defendants. | STIPULATION OF DISCONTINUANCE WITH PREJUDICE<br><br>FILED<br>IN CLERK'S OFFICE<br>US DISTRICT COURT E.D.N.Y.<br><br>★ MAY 14 2019 ★<br><br>BROOKLYN OFFICE<br><br>CASE NO.: 18-cv-7387-ILG-SJB |

**IT IS HEREBY STIPULATED AND AGREED** by, and between, the attorney for the Plaintiff, SEMYON GRINBLAT, and the attorneys for the Defendants, PARIS BAGUETTE AMERICA, INC. and BARONE PROPERTIES, INC., that whereas no party hereto is an infant, or an incompetent person, for whom a committee has been appointed, and no person not a party having an interest in the subject matter of the action, the above-entitled action and all asserted, and non-asserted, claims, counterclaims and crossclaims are hereby dismissed with prejudice and without costs to any party, as against any other party, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties. This Court shall retain jurisdiction over any violations of the settlement agreement and the causes of action brought in the Plaintiff's complaint. This stipulation may be signed in counterparts.

**IT IS FURTHER STIPULATED AND AGREED** that, for purposes of this stipulation, a facsimile, photocopy, or electronic copy of a signature, shall have the same force and effect as an original signature.

Signed: May 10, 2019

*Michael Grinblat*
Michael Grinblat, Esq. (4159752)

Attorney for the Plaintiff
SEMYON GRINBLAT
Law Offices of Michael Grinblat
817 Broadway, Fourth Floor
New York, NY 10003
Tel: (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com

Signed: May 10, 2019

Peter T. Shapiro, Esq.

Attorneys for the Defendant
PARIS BAGUETTE AMERICA, INC.
Lewis Brisbois Bisgaard & Smith LLP
77 Water Street, Suite 2100
New York, NY 10005
Tel: (212) 232-1300

Email: Peter.Shapiro@lewisbrisbois.com

Signed: May 10, 2019

_____
Marshall M. Stern, Esq. (1155530)

Attorneys for the Defendant
BARONE PROPERTIES, INC.
Marshall M. Stern, P.C.
17 Cardiff Court
Huntington Station, NY 11721
Tel: (631) 427-0101
Email: m.m.sternesq@gmail.com

**SO ORDERED:**

_____
I. Leo Glasser,
U.S. District Court Judge

2

Signed: May 10, 2019

*Michael Grinblat*

Michael Grinblat, Esq. (4159752)

Attorney for the Plaintiff
SEMYON GRINBLAT
Law Offices of Michael Grinblat
817 Broadway, Fourth Floor
New York, NY 10003
Tel: (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com

Signed: May 10, 2019

_____
Peter T. Shapiro, Esq.

Attorneys for the Defendant
PARIS BAGUETTE AMERICA, INC.
Lewis Brisbois Bisgaard & Smith LLP
77 Water Street, Suite 2100
New York, NY 10005
Tel: (212) 232-1300

Email: Peter.Shapiro@lewisbrisbois.com

Signed: May 10, 2019

Marshall M. Stern, Esq. (1155530)

Attorneys for the Defendant
BARONE PROPERTIES, INC.
Marshall M. Stern, P.C.
17 Cardiff Court
Huntington Station, NY 11721
Tel: (631) 427-0101
Email: m.m.sternesq@gmail.com

**SO ORDERED:**

s/I. Leo Glasser, USDJ
I. Leo Glasser,
U.S. District Court Judge

5/13/19

2